**Clinton Matthew CORBEIL,
Plaintiff—Appellant,**

v.

**UNITED STATES of America,
Defendant—Appellee.**

**No. 03–55775.**

United States Court of Appeals,
Ninth Circuit.

Submitted Nov. 10, 2003.*

Decided Nov. 17, 2003.

Clinton Matthew Corbeil, Greenville, IL, for Plaintiff–Appellant.

Vince Farhat, Esq., USLA–Office of the U.S. Attorney, Los Angeles, CA, for Defendant–Appellee.

Before: KOZINSKI, SILVERMAN and TALLMAN, Circuit Judges.

MEMORANDUM **

Federal prisoner Clinton Matthew Corbeil appeals pro se the district court's Fed. R.Civ.P. 12(b)(1) dismissal for lack of jurisdiction of his action under the Federal Tort Claims Act ("FTCA") against the United States and the Bureau of Prisons ("BOP"), alleging that prison guards wrongfully confiscated and lost or destroyed Corbeil's postage stamps after searching his cell. The district court dismissed Corbeil's FTCA claim based on its conclusion that his case fell within an exception to the FTCA's waiver of immunity, 28 U.S.C. § 2680(c), and therefore the United States retained its sovereign immunity in the matter.

Corbeil contends that the district court erred in applying the FTCA's "detention of goods" exception to his case, because the BOP officials were not "law enforcement officials," and his property was not "detained" but instead "seized." Corbeil's contention is foreclosed by this court's recent decision in *Bramwell v. U.S. Bureau of Prisons,* 348 F.3d 804 (9th Cir.2003). Accordingly, the district court did not err in dismissing his FTCA action.

**AFFIRMED.**

■

**Jon Earl MOYER, Plaintiff—
Appellant,**

v.

**INTERNATIONAL BUSINESS
MACHINES CORPORATION,
Defendant—Appellee.**

**No. 03–55710.**

United States Court of Appeals,
Ninth Circuit.

---

* This panel unanimously finds this case suitable for decision without oral argument. See Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the

Submitted Nov. 10, 2003.*

Decided Nov. 17, 2003.

Jon Earl Moyer, pro se, San Diego, CA, for Plaintiff–Appellant.

Frank M. Liberatore, Esq., Cynthia L. Filla, Jackson Lewis LLP, Los Angeles, CA, for Defendant–Appellee.

Before: KOZINSKI, SILVERMAN and TALLMAN, Circuit Judges.

MEMORANDUM **

Jon Earl Moyer appeals pro se the district court's Fed.R.Civ.P. 12(b)(6) dismissal of his complaint for failure to state a claim in his diversity action alleging that his former employer, IBM Corporation, destroyed his life by using various forms of tampering, harassment and mind control. Moyer seeks compensatory damages in the amount of $100 million.

For the reasons stated by the district court, we agree that Moyer has failed to state a claim. Where it would be futile to amend the complaint, it is proper to dismiss without leave to amend. *Schmier v. United Sates Court of Appeals for the Ninth Circuit,* 279 F.3d 817, 824 (9th Cir.

2002). Accordingly, the district court dismissal is

**AFFIRMED.**

**Steven KALSKI, Plaintiff–Appellant,**

v.

**CALIFORNIA ASSOCIATION OF PROFESSIONAL EMPLOYEES, a California non-profit corporation; et al., Defendants–Appellees.**

No. 03–55057.

United States Court of Appeals, Ninth Circuit.

Submitted Nov. 10, 2003.*

Decided Nov. 17, 2003.

---

courts of this circuit except as provided by Ninth Circuit Rule 36–3.

* This panel unanimously finds this case suitable for decision without oral argument. See Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the

courts of this circuit except as provided by Ninth Circuit Rule 36–3.

* The panel unanimously finds this case suitable for decision without oral argument. See Fed. R.App. P. 34(a)(2).